ATTESTATION BY CORRECTIONAL OFFICER PERSUANT TO SECTION 117.10 FLORIDA STATUTES
NAME(PRINT) A. Caven   ID# 6178
SIGNATURE A. Caven   DATE 08/04/2019

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CIVIL Division

CIVIL RIGHTS COMPLAINT FORM

Herschel M. Blackmon, Sr.
ID# 3774418

CASE NUMBER: 8:19cv1990T 60 AAS
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

G4S Secure Solutions Company,
G4S Supervisor J. McGuffin,
Sheriff Chris Nocco

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Pasco County Jail
(Indicate the name and location)
20101 Central Blvd, Land O'Lake 34637

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (X) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (X) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (X) No ( )

C. If your answer is YES:

1. What steps did you take? Filed inmate Grievance complaint see exhibit "A"

2. What were the results? ignored see exhibit "A"

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 4th day of August, 2019.

Signature of Plaintiff

DC 225 (Rev. 9/03)

2

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( )  No (X)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( )  No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

2. Court (if federal court, name the district; if state court, name the county):

   _____

3. Docket Number: _____

4. Name of judge: _____

5. Briefly describe the facts and basis of the lawsuit: _____

   _____

   _____

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   _____

   _____

7. Approximate filing date: _____

8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____
_____
_____
_____
_____

V.  PARTIES: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: Herschel M. Blackmon SR.

Mailing address: 20101 Central Blvd.
Land O'Lake, Florida 34637

B.  Additional Plaintiffs: _____
_____
_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: G4S Secure Solutions American Group

Mailing Address: 1395 University Blvd.
Jupiter, Florida 33458

Position: (Owner)

Employed at: _____

D.  Defendant: J. McGuffin

Mailing Address: 20101 Central Blvd.
Land O'Lake, Florida 34637

Position: Supervisor

Employed at: G4S Secure Solutions

E. Defendant: Chris Nocco
   Mailing Address: 8700 Citizen Dr.
   New Port Richey, Fl 34654
   Position: Sheriff
   Employed at: Pasco County Sheriff Office

F. Defendant: _____
   Mailing Address: _____
   Position: _____
   Employed at: _____

G. Defendant: _____
   Mailing Address: _____
   Position: _____
   Employed at: _____

VI.   **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Claim (1) G4S Secure Solutions Transport violates Florida Law by transporting inmates without seatbelts, Florida Safety Hazard Law Transporting inmates in steel compartments (Dog Kennel) with absolutely no eye vision of the inmates and no proper air ventilation, (ADA) Claim (2) Florida Hazardous Law, (ADA) 8th Amendment Claim (3) G4S violates (ADA) 8th Amendment Florida Law Seat belt, Sheriff Nocco Allowed G4S to transport without seatbelts. 316.614(1)(2)(3)(b)(c)(4)(A)(b)(5) 316.660 Na. 208.49 c.F.R.s. 571. 208 F.S.

VII.  **STATEMENT OF FACTS:** State briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the act of the defendant(s).

On September 10, 2018 plaintiff was arrested and place in Pasco County Jail, Plaintiff suffers from the mental illness of claustrophobia, the Mental Health Department at the jail has documentation of the Plaintiff's mental illness of "claustrophobia" see exhibit (B). However the defendants in this case G4S Supervisor for G4S J. McGuffin, and Sheriff Nocco has violated the plaintiff's rights to be protected from cruel and unusual punishment, as well as the American Disabilities Act (ADA) and Florida Safety Law. Claim (1) G4S Secure Solutions does not have any vehicles to accommodate inmates like myself who suffer from the mental illness of claustrophobia, the steel compartments which G4S transports inmates does not have proper ventilation, and is a serious safety hazard, there are not seatbelts, and the officer has absolutely no eye vision of the inmates that they are transporting, without opening the backdoor. In case of an accident inmates lives are in extreme danger, in those steel compartments. Claim (2) Plaintiff exhausted his Administrative Remedies Grievance Process, Exhibit (A) Claim (3) G4S Transport Supervisor, J. McGuffin has ignored Plaintiff's mental illness and also made fun of the plaintiff's claustrophobia mental illness, see Exhibit (A) "This issue you say you suffer from is completely preventable, do not come to jail." Mr. McGuffin's unprofessional response has placed the plaintiff's life endanger by ignoring plaintiff's mental illness. On January 10, 2019 plaintiff was forced and threatened into this steel compartment without any windows or proper air ventilation, and was taken off the vehicle for having an episode

due to his claustrophobia which Court documents can and will verify. Again on February 5, 2019, another on April 5, 2019, April 15, 2019 and also on June 3, 2019. Claim (4) G4S Secure Solutions Transport has discriminated against plaintiff's mental illness by not having a vehicle to transport inmates like myself who suffer the mental illness of claustrophobia. However, G4S Transport has vehicles to accommodate Handicapped and Disciplinary inmates, the same applies to inmates who have documentation to show that they suffer from the mental illness of claustrophobia like in plaintiff's case. See Exhibit (B) Plaintiff should not be forced or threatened to be transported in these steel compartments with no windows, lights or proper air ventilation. Claustrophobia is a very serious mental illness ad is recognized by the (ADA). Claim (5) Sherriff Nocco is allowing G4S Transport to violate Florida Law by transporting inmates all over the State of Florida without seatbelts in these hazardous steel compartments without any eye vision of the inmates, without proper air ventilation which is in violation of the Florida Safety Hazardous Law. SAFfy Belt usage. 316.614(1)(2)(3)(b)(c)-(4)(a)(b)(5) 316.660 No-203.49 C.F.R. 3.571.205 F.S.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments of city any cases of statues.

Plaintiff would like to be compensated $10,000.00 for pain and suffering, and punitive damages of $500, 000 from each of the defendants.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 4th day of August, 2019.

_Herschel M. Blacker_

_____

_____

_____

(Signature of all Plaintiffs)

Exhibit "A"

**Pasco Sheriff's Office**
**Court Services Bureau**

**REQUEST FOR ADMINISTRATIVE REMEDY**

FROM: Blackman, Herschel M.     B602-L     3779415
  Last Name   First Name   Middle Initial     Housing Unit / Cell     CIN#

## INMATE GRIEVANCE

I am submitting this complaint against G-4-S Transport Division. I suffer from the mental illness of "Claustrophobia" a very serious mental illness which is document with the Mental Health Dept. at this facility. However, I am being force to be transported to and back from court in what is describe as a "Dog Kettle" despite my mental illness. This is cruel and unusual punishment under the Constitution. The fact that G-4-S Transport Division doesn't have a vehicle to accommodate individuals who suffer from the mental illness of "Claustrophobia" is in direct violation of policy and procedural as well as discriminating because G-4-S has vehicle to accommodate "Handicap" and "Disciplinary" individuals. Note: I do command with the highest respect G-4-S staff for sympathizing with my mental illness of Claustrophobia, yet this does not any way solve the problem.

Date: 6/5/2019        Inmate Signature: Herschel M. Blackman

I acknowledge receipt this date 06/06/19 of a complaint from the above inmate. [signature] 4015
                                                                                  Receiving Official Signature

### FOR STAFF RESPONSE ONLY

☒ NOT a GRIEVANCE     GRIEVANCE: ☐ Approved   ☒ Disapproved

Inmate Blackman, Transport (both G4S and the Pasco Sheriffs Office) has transported thousands of inmates who have some form of "Claustrophobia". However no incidents of harm were reported. This issue you state you suffer from is completly preventable. Do not come to jail. The vans are full size vans and follow all Department of Transportation on both the state and federal regulations. This is not a grievance your civil rights are not being violated due to you being transported in any transport vehicle.

060719    [signature] G4S PM
  Date       Signature of Member Investigating        Designated Supervisor

PSO# 40027 (Rev. 1/13)    WHITE - Record    YELLOW - File    PINK - Inmate Answer    GOLD - Inmate Receipt

Exhibit "B" Blank

**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

**CCS CORRECT CARE SOLUTIONS**

RECEIVED
Date: ___
Initials: ___
Time: ___

Name (Nombre): Herschel Blackmon
DOB (Fecha de nacimiento): 12/30/69
ID # (Nº de identificación): 3779418
Living Unit (Unidad): ___

☑ Medical (Medico) ☐ Behavioral Health (Salud Mental) ☐ Dental (Dental) ☐ Other ___

Nature of problem or Request (be specific) / Naturaleza del problema o solicitud (sea específico)

I am submitting this Request - I have a server case claustrophobic due to a very near death situation as a kid, please document.

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

Patient Signature (Firma del Paciente): [signature] Date (Fecha): 1/9/19

This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.
Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.

**DO NOT WRITE BELOW THIS LINE**

(TO BE COMPLETED BY TRIAGING STAFF)

TRIAGE: ☐ Emergent ☐ Urgent ☐ Routine    Triage Date: 1/11/19 Initials: CB Time: 7.00

INITIAL: ☑ Sick Call ☐ Nurse ☐ HCP ☐ Dentist ☐ Behavioral Health ☐ Eye Doctor ☐ Other ___

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)
☑ Response sent to patient (if applicable)
☐ Patient released from custody
☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Patient refused, Refusal Form complete
Fee Charge ☐ No ☐ Yes, Amount $ ___

RESPONSE TO PATIENT / COMMENTS: Thank you we will document

NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)

Staff Signature: [signature]   Date: 1/11/19

2-Part Form

Form Number: SC001UN000ACCBI102413

Page 1 of 1